IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ALONZA RUFUS,

   Plaintiff,

    v.

STATE OF GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3869-TWT

### ORDER

This is a pro se prisoner civil rights action by a serial frivolous filer. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the action be dismissed without prejudice pursuant to 28 U. S. C. § 1915(g). The Plaintiff's objections that the Prisoner Litigation Reform Act is unconstitutional or inapplicable are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion to Amend [Doc. 5] is DENIED as futile. The Plaintiff's Motion to Certify Class [Doc. 6] is DENIED for lack of adequate representation.

T:\ORDERS\12\Rufus\r&r.wpd

SO ORDERED, this 12 day of December, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge